IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLEGARIO VILLEGAS, )<br>               Plaintiff, )<br>vs. )<br>)<br>MAESTRANZI SHARP KNIFE )<br>SERVICES, BART MAESTRANZI and )<br>VINCENT MAESTRANZI, )<br>               Defendants. ) | No.: 16 CV 09217 |

## MOTION TO APPROVE SETTLEMENT AND SEAL COURT FILE

NOW COME the Defendants, Maestranzi Brothers Chicago Grinding and Supplies, LLC; improperly named Maestranzi Sharp Knife Services; Bart Maestranzi; and Vincent Maestranzi by and through their attorney, Stephen C. Debboli and move this Court for the entry of an Order approving the Settlement and Sealing the Court File and in support thereof states as follows:

1. The Plaintiff filed this case alleging violations of the Fair Labor Standards Act, 29 U.S.C. Section 201 et seq; The Illinois Minimum Wage Law, 820 ILCS 105/4a; and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 et seq., basically alleging that he was not properly paid his proper wages while employed by the Defendants.

2. One of the Defendants contention is that the Plaintiff was an exempt employee in connection with the Fair Labor Standards Act, 29 U.S.C. §201 et seq.

3. The Defendants have appeared and answered and deny that the Plaintiff was entitled to any additional compensation.

4. The parties, through their attorneys, have engaged in preliminary discovery and the voluntary exchange of information.

5. At the attorney request, this matter was transferred to the Magistrate Judge, the Honorable Susan E. Cox for a Settlement Conference and a lengthy Settlement Conference was held on April 6, 2017 which ultimately resulted in the settlement and resolution of this entire case.

6. A Confidentiality Clause was included in the settlement and in the Release Settlement Agreement worked out by the partys' attorneys.

7. Where the Department of Labor is not involved in this type of case as a party, Court approval is required to effectuate the Settlement and Resolution of the case. See Howard vs. Securities, 630 F.Supp. 2d 905 (ND Ill.2009).

8. The parties, with advise of their counsel, and input and assistance from this Court entered into the Settlement Agreement with the belief that it is fair and reasonable.

9. The Defendants believe that the existence of this claim and this case, information contained in the court file and the Settlement of this case, and the terms thereof are proprietary in nature and as such should be treated as confidential.

10. The Defendants seek to have this Court seal the court file to prevent dissemination of that confidential proprietary information.

11. This issue was discussed by the parties' attorneys' with the Magistrate Judge at the settlement conference.

12. The Plaintiff has no objection to this motion and the Court's approval of the settlement and sealing of this Court file, subject to further order of Court.

WHEREFORE the Defendants, Defendants, Maestranzi Brothers Chicago Grinding and Supplies, LLC; improperly named Maestranzi Sharp Knife Services; Bart Maestranzi; and Vincent Maestranzi move this Court for the entry of an Order approving the settlement and the sealing of the court file pursuant to the further Order of this Court, and Dismissing this case with prejudice, all matters in controversy having been resolved.

Respectfully submitted,

Maestranzi Brothers Chicago Grinding and Supplies, LLC; improperly named Maestranzi Sharp Knife Services; Bart Maestranzi; and Vincent Maestranzi

/Stephen C. Debboli/
Attorney Bar Number: 0598828
Attorney for Defendants
218 N. Jefferson Street S-101
Chicago, IL 60661
Telephone: (312)207-0000
Fax: (312)207-0755
E-mail:sdebboli@snnlaw.com